IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES C. KING *on behalf of himself and all others similarly situated*, | No. 4:21-CV-01033 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GLENN O. HAWBAKER, INC., | |
| Defendant. | |

## ORDER

### JANUARY 27, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. King's motion to remand (Doc. 5) is **GRANTED**;

2. This matter is **REMANDED** to the Court of Common Pleas of Centre County; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge